NUMBER 13-09-00574-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CHARLES AND ANNE ATKINSON, APPELLANTS,


v.



THE LAW OFFICES OF WILLIAM D. BONILLA, P.C. 

AND WILLIAM BONILLA, APPELLEES. 

_____________________________________________________________


On Appeal from the County Court at Law No. 1


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellants, Charles and Anne Atkinson, perfected an appeal from a judgment
entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number
09-61013-1. Appellants have filed an amended motion to withdraw their notice of appeal.

 The Court, having considered the documents on file and appellants' amended
motion to withdraw the appeal, is of the opinion that the motion should be granted. See
Tex. R. App. P. 42.1(a). Appellants' amended motion to withdraw the appeal is granted,
and the appeal is hereby DISMISSED. Costs will be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the
appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 12th day of November, 2009.